



## MEMORANDUM OPINION

No. 04-12-00507-CV

**IN THE INTEREST OF L.J.R.,** a Child

From the 235th District Court, Cooke County, Texas
Trial Court No. 12-00172
The Honorable Jerry Woodloch, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  October 3, 2012

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM